**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Central District of California

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy       04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Clayton<br>First name<br><br>D.<br>Middle name<br><br>Thom<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 2 8 5 7<br>OR<br>9 xx – xx – ____ ____ ____ ____ | xxx – xx – ____ ____ ____ ____<br>OR<br>9 xx – xx – ____ ____ ____ ____ |

Debtor 1 _____ Clayton D. Thom _____    Case number *(if known)* _____
          First Name    Middle Name    Last Name

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

About Debtor 1:

☑ I have not used any business names or EINs.

_____
Business name

_____
Business name

_____
EIN

_____
EIN

About Debtor 2 (Spouse Only in a Joint Case):

☐ I have not used any business names or EINs.

_____
Business name

_____
Business name

_____
EIN

_____
EIN

**5. Where you live**

Withheld due to threats
_____
Number    Street

_____

Upland                    CA    91784
_____
City            State    ZIP Code

San Bernardino County
_____
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

2209 E. Baseline Rd
_____
Number    Street

Ste. 300-226
_____
P.O. Box

Claremont                 CA    91711
_____
City            State    ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number    Street

_____

_____
City            State    ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City            State    ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
   (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
   (See 28 U.S.C. § 1408.)

Debtor 1 _____   Case number (if known)_____
        Clayton D. Thom
        First Name     Middle Name     Last Name

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No
☐ Yes.  District _____  When _____  Case number _____

        District _____  When _____  Case number _____

        District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes.

Debtor _____  Relationship to you _____
District _____  When _____  Case number, if known_____

Debtor _____  Relationship to you _____
District _____  When _____  Case number, if known_____

**11. Do you rent your residence?**

☐ No.  Go to line 12.
☑ Yes.  Has your landlord obtained an eviction judgment against you?

        ☑ No. Go to line 12.
        ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1      Clayton D. Thom
              _____
              First Name        Middle Name        Last Name                        Case number (if known)_____

## Part 3:   Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number        Street

_____

_____
City                                    State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No. I am not filing under Chapter 11.

☑ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankrutpcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4:   Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.   What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Debtor 1 ___Clayton_____ _D._____ ___Thom_____    Case number (if known)_____
          First Name    Middle Name    Last Name

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| *You must check one:* | *You must check one:* |
| ☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. | ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. |
| ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. | ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. |
| ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. | ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. |
| ☐ **I am not required to receive a briefing about credit counseling because of:** | ☐ **I am not required to receive a briefing about credit counseling because of:** |
| ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. | ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. |
| ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. | ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. |
| ☐ **Active duty.** I am currently on active military duty in a military combat zone. | ☐ **Active duty.** I am currently on active military duty in a military combat zone. |
| If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. | If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1    Clayton D. Thom
      First Name       Middle Name       Last Name

Case number (if known)_____

---

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- ☑ No. Go to line 16b.
- ☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- ☐ No. Go to line 16c.
- ☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

---

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- ☑ No. I am not filing under Chapter 7. Go to line 18.
- ☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☐ No
  - ☐ Yes

---

**18. How many creditors do you estimate that you owe?**

- ☐ 1-49
- ☐ 50-99
- ☑ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

- ☑ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _____
Signature of Debtor 1

✗ _____
Signature of Debtor 2

Executed on   02/01/2022
        MM / DD / YYYY

Executed on _____
        MM / DD / YYYY

---

| Debtor 1 | Clayton D. Thom | | Case number *(if known)* _____ |
|---|---|---|---|
| | First Name     Middle Name     Last Name | | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✗   /s/ Leslie Cohen                                    Date   02/01/2022

Signature of Attorney for Debtor                                MM  /  DD  / YYYY

Leslie Cohen

Printed name

Leslie Cohen Law PC

Firm name

506 Santa Monica Blvd.

Number     Street

Suite 200

| Santa Monica | CA | 90401 |
|---|---|---|
| City | State | ZIP Code |

Contact phone  3103945900          Email address  leslie@lesliecohenlaw.com

| 93698 | CA |
|---|---|
| Bar number | State |

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | Clayton D. Thom | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Central District of California

Case number
(If known) _____

☐ Check if this is an amended filing

## Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders  12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

| **Part 1:** | List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders. |
|---|---|

|  | | | Unsecured claim |
|---|---|---|---|

**1**

MCR Finance
Creditor's Name
Attn: Matt Roberson
Number        Street
1346 Cork Cir.

La Verne          CA      91750
City               State     ZIP Code

Matt Roberson
Contact

(909) 855-2337
Contact phone

What is the nature of the claim? Business loan

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
                    Value of security:    − $_____
                    Unsecured claim:      $_____

$ 2,300,000.00

**2**

Richard Struve
Creditor's Name
2271 Campus Ave
Number        Street

Upland            CA      91784
City               State     ZIP Code

Richard Struve
Contact

909-524-2272
Contact phone

What is the nature of the claim? Personal Guaranty

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
                    Value of security:    − $_____
                    Unsecured claim:      $_____

$ 1,650,000.00

Debtor 1  Clayton D. Thom

First Name    Middle Name    Last Name

Case number *(if known)*_____

**Unsecured claim**

---

**3**  **Ashcrest**

Creditor's Name

Attn: Corporate Officer

Number          Street

888 S. Harrison St., Ste. 900

Fort Wayne          IN    46802

City          State    ZIP Code

Attn: Corporate Officer

Contact

260-489-7900

Contact phone

What is the nature of the claim?  Personal Guaranty

As of the date you file, the claim is: Check all that apply.

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?

- ☒ No
- ☐ Yes. Total claim (secured and unsecured):  $_____
  - Value of security:  – $_____
  - Unsecured claim  $_____

$ 1,500,000.00

---

**4**  **Lotus Cars USA**

Creditor's Name

47584 Galleon Dr

Number          Street

Plymoth          MI    48170

City          State    ZIP Code

Contact

734-995-2544

Contact phone

What is the nature of the claim?  _____

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?

- ☒ No
- ☐ Yes. Total claim (secured and unsecured):  $_____
  - Value of security:  – $_____
  - Unsecured claim  $_____

$ 1,500,000.00

---

**5**  **Ginger Family Trust**

Creditor's Name

8188 Lincoln Avenue

Number          Street

#100

Riverside          CA    92504

City          State    ZIP Code

Attn: Trustee(s)

Contact

951-688-5050

Contact phone

What is the nature of the claim?  Personal Guaranty

As of the date you file, the claim is: Check all that apply.

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?

- ☒ No
- ☐ Yes. Total claim (secured and unsecured):  $_____
  - Value of security:  – $_____
  - Unsecured claim  $_____

$ 1,100,000.00

---

**6**  **Grant Whitcher/Lending Arena**

Creditor's Name

7945 W. Sahara Ave

Number          Street

Suite 202

Las Vegas          NV    89117

City          State    ZIP Code

Contact

702-420-0655

Contact phone

What is the nature of the claim?  Personal Guaranty

As of the date you file, the claim is: Check all that apply.

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?

- ☒ No
- ☐ Yes. Total claim (secured and unsecured):  $_____
  - Value of security:  – $_____
  - Unsecured claim  $_____

$ 950,000.00

---

**7**  **Next 2 Interprises LTD**

Creditor's Name

208-103rd

Number          Street

Saksatoon

Saskatchwan Canada          57N1Y7

City          State    ZIP Code

Attn: Corporate Officer

Contact

Contact phone

What is the nature of the claim?  Personal Guaranty

As of the date you file, the claim is: Check all that apply.

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?

- ☒ No
- ☐ Yes. Total claim (secured and unsecured):  $_____
  - Value of security:  – $_____
  - Unsecured claim  $_____

$ 600,000.00

---

| Debtor 1 | Clayton D. Thom | | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | | **Unsecured claim** |
|---|---|---|---|

**8**  4J Investments
Creditor's Name

Attn: Corporate Officer
Number        Street

1104 E Camino Real

Arcadia                    CA        91006
City                          State      ZIP Code

Attn: Corporate Officer
Contact

626-705-5136
Contact phone

What is the nature of the claim? Business loan

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
              Value of security:                – $_____
              Unsecured claim                      $_____

$ 500,000.00

---

**9**  Getzlaf Family Trust
Creditor's Name

PMC 1204 Suncast Lane
Number        Street

Suite 2

Eldorado Hills            CA   95762
City                          State      ZIP Code

Attn: Trustee(s)
Contact

Contact phone

What is the nature of the claim? Personal Guaranty

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
              Value of security:                – $_____
              Unsecured claim                      $_____

$ 500,000.00

---

**10**  WeFund
Creditor's Name

87-25 ROOSEVELT AVE
Number        Street

Jackson Heights          NY   11372
City                          State      ZIP Code

Contact

Contact phone

What is the nature of the claim? Personal Guaranty - business MCA

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
              Value of security:                – $_____
              Unsecured claim                      $_____

$ 487,168.00

---

**11**  Queen Funding LLC
Creditor's Name

101 Chase Ave Ste 207
Number        Street

Lakewood                  NJ   08701
City                          State      ZIP Code

Max Gross
Contact

(800) 781-0760
Contact phone

What is the nature of the claim? Personal guaranty - business  MCA

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
              Value of security:                – $_____
              Unsecured claim                      $_____

$ 337,500.00

---

**12**  US METRO BANK
Creditor's Name

9866 GARDEN GROVE BLVD
Number        Street

Garden Grove              CA   92844
City                          State      ZIP Code

Contact

714-620-8888
Contact phone

What is the nature of the claim? Credit Card Debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
              Value of security:                – $_____
              Unsecured claim                      $_____

$ 314,497.00

---

Debtor 1    Clayton D. Thom
_____          Case number *(if known)*_____
First Name    Middle Name    Last Name

| | Unsecured claim |
|---|---|

**13** | Queen Funding LLC
Creditor's Name

101 Chase Ave Ste 207
Number    Street

Lakewood    NJ    08701
City    State    ZIP Code

Max Gross
Contact

(800) 781-0760
Contact phone

What is the nature of the claim? Personal guaranty - business  MCA    $ 281,062.00

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
    Value of security:    – $_____
    Unsecured claim    $_____

---

**14** | Tom Kim
Creditor's Name

6429 Pacific Blvd
Number    Street

Huntington Park    CA    90255
City    State    ZIP Code

Tom Kim
Contact

(213) 369-0846
Contact phone

What is the nature of the claim? Business loan    $ 85,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
    Value of security:    – $_____
    Unsecured claim    $_____

---

**15** | Burkhalter Kessler Clement & George
Creditor's Name

Attn: Alton Burkhalter
Number    Street

2020 Main St., Ste. 600

Irvine    CA    92614
City    State    ZIP Code

Alton Burkhalter
Contact

949-975-7500
Contact phone

What is the nature of the claim? Legal fees    $ 54,598.56

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
    Value of security:    – $_____
    Unsecured claim    $_____

---

**16** | JPMBC CARD
Creditor's Name

PO BOX 15369
Number    Street

Wilmington    DE    19850
City    State    ZIP Code

Contact

800-945-2000
Contact phone

What is the nature of the claim? Credit Card Debt    $ 30,402.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
    Value of security:    – $_____
    Unsecured claim    $_____

---

**17** | BANK OF AMERICA
Creditor's Name

PO BOX 982238
Number    Street

El Paso    TX    79998
City    State    ZIP Code

Contact

800-421-2110
Contact phone

What is the nature of the claim? Credit Card Debt    $ 14,111.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
    Value of security:    – $_____
    Unsecured claim    $_____

Debtor 1    Clayton D. Thom
_____
First Name    Middle Name    Last Name

Case number *(if known)*_____

| | Unsecured claim |
|---|---|

**18**

MERC BENZ FIN
_____
Creditor's Name

36455 CORPORATE DR
_____
Number    Street

Farmington Hills    MI    48331
_____
City    State    ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim? Auto
_____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
        Value of security:    − $_____
        Unsecured claim    $_____

$ 9,419.00
_____

**19**

DISCOVER FIN SERV
_____
Creditor's Name

PO BOX 15316
_____
Number    Street

Wilmington    DE    19850
_____
City    State    ZIP Code

_____
Contact

800-347-2683
_____
Contact phone

What is the nature of the claim? Credit Card Debt
_____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
        Value of security:    − $_____
        Unsecured claim    $_____

$ 9,347.00
_____

**20**

SYNCB/EBAY
_____
Creditor's Name

PO BOX 965013
_____
Number    Street

Orlando    FL    32896
_____
City    State    ZIP Code

_____
Contact

844-435-0237
_____
Contact phone

What is the nature of the claim? Credit Card Debt
_____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
        Value of security:    − $_____
        Unsecured claim    $_____

$ 8,371.00
_____

Debtor 1    Clayton D. Thom               Case number (if known)_____

First Name     Middle Name     Last Name

## Part 2: Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

✗ _____  ✗ _____

Signature of Debtor 1                      Signature of Debtor 2

Date 02/01/2022                     Date 02/01/2022
     MM / DD / YYYY                          MM / DD / YYYY

**4J Investments**
**Attn: Corporate Officer**
**1104 E Camino Real**
**Arcadia, CA 91006**


**Aaron Johnson**
**45271 Oakville court**
**Temecula, CA 92592**


**Alexander Weinberger; ASW Enterprises, Inc.;**
**c/o Melissa Fulgencio, Uplift Law**
**650 N. Rose Dr., Ste. 620**
**Placentia, CA 92870**


**American Express**
**PO BOX 297871**
**Fort Lauderdale, FL 33329**


**Ashcrest**
**Attn: Corporate Officer**
**888 S. Harrison St., Ste. 900**
**Fort Wayne, IN 46802**


**BANK OF AMERICA**
**PO BOX 982238**
**El Paso, TX 79998**


**Brian & Kathie West**
**1997 N. Euclid Ave**
**Upland, CA 91784**


**Brian Rodriguez**
**6420 seldom way #19**
**Chino Hills, CA 91709**

**Bruce N. Douglass**
**c/o William E. Winfield**
**Nelson Comis Kettle & Kenney**
**5811 Olivas Park Dr., Ste. 202**
**Ventura, CA 93003**


**Bruce N. Douglass**
**4277 Transport St.**
**Ventura, CA 93003**


**CDJT Development, LLC**
**1018 E. 20th Street**
**Upland, CA 91784**


**CNC Motors, Inc.**
**1018 E. 20th Street**
**Upland, CA 91784**


**CNC Technologies, Inc.**
**c/o Neal Salisian,**
**Salisian Lee LLP**
**550 S Hope St Ste 750**
**Los Angeles, CA 90071**


**Craig Thom Properties, LLC**
**1018 E. 20th Street**
**Upland, CA 91784**


**Craig Young**
**c/o Jon R. Robertson**


**Robertson & Culver**
**2601 Main St., Ste. 500**
**Irvine, CA 92614**


**Craig Young**
**4 Point Catalina**
**Laguna Niguel, CA 92677**

**Danny Haile**
**Blank Rome LLP**
**Attn Todd Malynn**
**2029 Century Park E, 6th Fl**
**Los Angeles, CA 90067**


**Danny Hetzler**
**6273 s kingsmill ct**
**Fontana, CA 92336**


**Darlene Thom**
**7533 Cerrito rojo dr.**
**Rancho Cucamonga, CA 91730**


**David Daniel**
**Blank Rome LLP**
**Attn Todd Malynn**
**2029 Century Park E, 6th Fl**
**Los Angeles, CA 90067**


**DISCOVER FIN SERV**
**PO BOX 15316**
**Wilmington, DE 19850**


**Edwin Taylor**
**c/o James Hester**
**Preovolos Lewin, ALC**
**450 B St Ste 1600**
**San Diego, CA 92101**



**Employment Development Department**
**Bankruptcy Group MIC 92E**
**P. O. Box 826880**
**Sacramento, CA  94280-0001**


**Franchise Tax Board**
**Bankruptcy Section, MS: A-340**
**P. O. Box 2952**
**Sacramento, CA 95812-2952**

Frank Zhan
c/o Roy Jimenez
Tredway, Lumsdaine & Doyle
3900 Kilroy Airport Way, Ste. 240
Long Beach, CA 90806


Fraser Thom
c/o Richard Dongell Esq.
18201 Von Karman Ave, Suite 950
Irvine, CA 92612


Getzlaf Family Trust
PMC 1204 Suncast Lane
Suite 2
Eldorado Hills, CA 95762


Ginger Family Trust
8188 Lincoln Avenue
Riverside, CA 92504


Grant Whitcher/Lending Arena
7945 W. Sahara Ave
Suite 202
Las Vegas, NV 89117


Ho, Darren
c/o Mark Spraic, Esq.
301 East Colorado Blvd., Suite 614
Pasadena, CA 91101


Hudson Insurance Company
100 William street
New York, NY 10038


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jac A Fanous
c/o James Alderson
14350 Civic Dr Ste 280
Victorville, CA 92392


James Fagans
c/o Robert Pitler
10800 E Bethany Dr, Suite 250
Aurora, CO 90014


Jay Bowden
c/o Kevin Faulk
530 Lawrence Expy # 361
Sunnyvale, CA 94085


Jialiang Chen
c/o Sherilyn Learned O'Dell
Fitzgerald Yap Kreditor
2 Park Plaza, Ste 850
Irvine, CA 92614


Jialianng Chen
919 e grenesee st
Syracuse, NY 13210


Jing Hui Chao aka Loddy Chao
c/o Don J. Pool Esq.
8080 N. Palm Ave., 3rd Fl
Fresno, CA 93729-8902


John Murphy
c/o David Litt
Petrullo
222 N Pacific Coast Hwy, Ste 1690
El Segundo, CA 90245


John P. O'Brien, Jr.
c/o David Litt
Petrullo
222 N Pacific Coast Hwy, Ste 1690
El Segundo, CA 90245

John Scilley
c/o Alan Tavelman
Liberty Bell Law Group
20350 Ventura Blvd Ste 230
Woodland Hills, CA 91364


Jose Gutierrez
5563 Ridgeview dr
La Verne, CA 91750


Joseph Indrieri
389 crimson dr
Highland, CA 92346


JPMBC CARD
PO BOX 15369
Wilmington, DE 19850


Kanim Tarazi
c/o Kevin Cole, KJC Law Group, APC
9701 Wilshire Blvd., Ste. 1000
Beverly Hills, CA 90212


Katitza Schmidt Schien, Trustee
c/o Bryan Thomas
Del Tondo & Thomas
2201 Dupont Drive, Ste. 820
Irvine, CA 92612


Katitza Schmidt Schien, Trustee
14 Gleneagles Dr.
Newport Beach, CA 92660


Kevin Kinzinger
c/o Jeffrey Marquart
22342 Avenida Empresa Ste 250
Rancho Santa Margarita, CA 92688

**Khurshid Escalante**
c/o Eugene Alkana Esq.
131 N. El Molino Ave., Ste. 310
Pasadena, CA 91101


**LIG Financial Services**
1018 E. 20th Street
Upland, CA 91784


**Logan R. Hahn**
c/o Michael S. Geller, Esq.
3576 Arlington Ave., Ste. 210
Riverside, CA 92506


**Logan R. Hahn**
7610 Glider Ave.
Hesperia, CA 92345


**Los Angeles County Tax Collector**
P. O. Box 54110
Los Angeles, CA  90054-0110


**Lotus Cars USA**
47584 Galleon Dr
Plymoth, MI 48170


**Lotus of Upland, LLC**
1018 E. 20th Street
Upland, CA 91784


**Louie Arrellano**
c/o H. Mark Madnick
16133 Ventura Boulevard, Ste 585
Encino, CA 91436

**Louie Arrellano**
579 N. Alta Vista Ave.
Monrovia, CA 91016


**Mark Capalbo**
c/o Jack Humes
28720 Canwood St Ste 208
Agoura Hills, CA 91301


**Matthew Meyndert**
Fang L. Chen, Esq.
398 Lemon Creek Drive, Ste. H
Walnut, CA 91789


**Mendal Ide**
452 valley gate rd
Simi Valley, CA 93065


**MERC BENZ FIN**
36455 CORPORATE DR
Farmington Hills, MI 48331


**MI Mortgage**
Attn: Corporate Officer
8270 aspen st
Rancho Cucamonga, CA 91730


**Michael Price**
c/o Christopher R. Clark
Fingal, Fahrne & Clark
5120 Campus Drive, Ste. 200
Newport Beach, CA 92660


**Next 2 Interprises LTD**
208-103rd
Saksatoon
Saskatchwan Canada,  57N1Y7

**NextGear Capitol**
**c/o Tom R. Normandin**
**Prenovost Normandin**
**2122 N. Broadway, Ste. 200**
**Santa Ana, CA 92706**


**NextGear Capitol**
**11799 N. College Ave**
**Carmel, IN 46802**


**Peter Silvester**
**c/o James Hester, Preovolos Lewin, ALC**
**450 B St Ste 1600**
**San Diego, CA 92101**
**Porsche Leasing LTD, Porsche Financial**
**c/o Stacey Miller, Tharpe & Howell**
**15250 Ventura Blvd 9FL**
**Sherman Oaks, CA 91403**


**Queen Funding LLC**
**101 Chase Ave Ste 207**
**Lakewood, NJ 08701**


**Randall Faloon**
**c/o Michael S. Geller**
**3576 Arlington Ave., Ste. 210**
**Riverside, CA 92502**


**Richard Struve**
**2271 Campus Ave**
**Upland, CA 91784**


**Robertsons Ready Mix**
**Attn: Corporate Officer**
**200 S. Main St., Ste.200**
**Corona, CA 92882**

**Scott Struve**
**2271 campus ave**
**Upland, CA 91784**


**Sheldon Souray**
**c/o Joseph G. Balice, Brutzkus Gubner**
**21650 Oxnard St., Ste. 500**
**Woodland Hills, CA 91367**


**Sheldon Souray**
**10263 Meridian Hill Ave.**
**Las Vegas, NV 89135**


**So Cal Frenchiez LLC**
**c/o George Vogrin, Esq.**
**Vogrin & Frimet**
**9465 Wilshire Blvd. Ste**
**Beverly Hills, CA 90210**


**State Board of Equalization**
**Account Information Group, MIC: 29**
**P.O. Box 942879**
**Sacramento, CA 94279-0029**


**SYNCB/EBAY**
**PO BOX 965013**
**Orlando, FL 32896**


**TOYOTA MOTOR**
**PO BOX 9786**
**Cedar Rapids, IA 52409**


**US METRO BANK**
**9866 GARDEN GROVE BLVD**
**Garden Grove, CA 92844**

**US METRO BANK**
**c/o Heesok Park, Park & Lim**
**3530 Wilshire Blvd., Ste. 1300**
**Los Angeles, CA 90010**


**US Metro Bank**
**807 East 12th St.**
**Ste. 400**
**Los Angeles, CA 90021**


**Ventrio Corp**
**Attn: JO-HSI TUNG**
**4030 VALLEY BLVD STE 104**
**Walnut, CA 91789**


**Vickey Foley**
**Blank Rome LLP Attn Todd Malynn**
**2029 Century Park E, 6th Fl**
**Los Angeles, CA 90067**


**WeFund**
**87-25 ROOSEVELT AVE**
**Jackson Heights, NY 11372**


**William Masannat**
**5216 w sand dollar ave**
**Las Vegas, NV 89141**


**Zibo Tang / Eagle Community Credit Union**
**c/o Alana Anaya, Anaya Law Group**
**2629 Townsgate Rd Ste 140**
**Westlake Village, CA 91361**


**MCR Finance**
**Attn: Matt Roberson**
**1346 Cork Cir.**
**La Verne, CA 91750**

**Tom Kim**
**6429 Pacific Blvd**
**Huntington Park, CA 90255**


**Burkhalter Kessler Clement & George**
**Attn: Alton Burkhalter**
**2020 Main St., Ste. 600**
**Irvine, CA 92614**


**Larson LLP**
**Attn: Jerry Behnke**
**600 Anton Blvd., Ste 1270**
**Costa Mesa, CA 92626**

**Pacific Enterprise Bank**
**17748 Skypark Circle, Ste 100**
**Irvine, CA 92614**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Leslie A. Cohen (SBN 93698)<br>J'aime Williams Kerper (SBN 261148)<br>LESLIE COHEN LAW PC<br>506 Santa Monica Blvd., Ste. 200<br>Santa Monica, CA 90401<br>T: 310.394.5900 F: 310.394.9280<br>leslie@lesliecohenlaw.com<br>jaime@lesliecohenlaw.com | |
| ☐ Debtor(s) appearing without attorney<br>☒ Attorney for Debtor | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re:<br><br>CLAYTON D. THOM | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of 12 sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  02/01/2022

Clayton Thom
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California