David B. Shemano (State Bar No. 176020)
dshemano@shemanolaw.com
SHEMANOLAW
1801 Century Park East, Suite 2500
Los Angeles, CA  90067
Telephone:    (310) 492-5033

Neal S. Salisian (State Bar No. 240277)
neal.salisian@salisianlee.com
Glenn R. Coffman (State Bar No. 305669)
glenn.coffman@salisianlee.com
SALISIAN | LEE LLP
550 South Hope Street, Suite 750
Los Angeles, California 90071-2627
Telephone: (213) 622-9100

Attorneys for CNC Technologies, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>CLAYTON D. THOM,<br><br>    Debtor and Debtor in Possession.<br><br>CNC TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CLAYTON D. THOM,<br><br>    Defendant. | Case No. 6:22-bk-10390-SY<br><br>Chapter 7<br><br>Adversary No. 6:22-ap-01039-SY<br><br>**UNILATERAL STATUS REPORT AND REQUEST FOR CONTINUANCE OF (1) INITIAL STATUS CONFERENCE, AND (2) HEARING ON MOTION TO DISMISS**<br><br>Current Status Conference:<br>Date:    April 18, 2024<br>Time:    1:30 p.m.<br><br>Current Hearing on Motion to Dismiss:<br>Date:    April 18, 2024<br>Time:    1:30 p.m. |

      CNC Technologies, LLC ("CNC"), hereby submits its unilateral status report and request for a continuance of the initial status conference and hearing on the motion to dismiss filed by Defendant Clayton D. Thom ("Thom" or the "Debtor"), currently scheduled for April 18, 2024.

1. The Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the Central District of California on February 1, 2022 (the "Petition Date"). The Bankruptcy Court entered its Order converting the case to chapter 7 on January 26, 2024.

2. On August 3, 2021, CNC commenced an action against the Debtor and Amrezi LLC, an entity owned and controlled by the Debtor, in the Superior Court of California, County of Los Angeles, Case No. 21STCV28604 ("the State Court Action"), asserting claims including breach of fiduciary duty and fraud (collectively, the "CNC Claims").

3. On September 24, 2021, Amrezi LLC filed counterclaims in the State Court Action, including breach of contract and breach of fiduciary duty (collectively, the "Counterclaims").

4. On April 28, 2022, CNC filed a proof of claim against the Debtor in the amount of $4,161,923 based on the CNC Claims asserted in the State Court Action (the "CNC Proof of Claim").

5. On May 9, 2022, CNC commenced an action against the Debtor in the Bankruptcy Court, Adv. No. 6:22-ap-01039-SY (the "Bankruptcy Action"), asserting claims for nondischargeability under section 523(a)(2), (4) and (6) of the Bankruptcy Code based on the CNC Claims asserted in the State Court Action.

6. On June 30, 2022, the Debtor filed a motion to dismiss the Bankruptcy Action pursuant to FRCP 12(b)(6) [Adv. Doc 8].

7. On October 19, 2022, pursuant to stipulation between the parties, the Bankruptcy Court entered its order granting relief from the stay to permit the State Court Action to proceed to judgment [Main Doc 158].

8. Because the claims for relief asserted in the Bankruptcy Action are based on the CNC Claims asserted in the State Court Action, CNC and the Debtor have been in agreement that

the Bankruptcy Action should be held in abeyance pending adjudication of the claims asserted in the State Court Action.  Accordingly, pursuant to stipulations between the parties, the Bankruptcy Court has entered several orders continuing (1) the initial status conference, and (2) the hearing on the motion to dismiss, most recently to April 18, 2024.  [Adv. Docs 13 and 18].

9. On October 10, 2023, Leslie Cohen Law, PC, counsel of record to the Debtor in this proceeding, filed its notice of withdrawal as counsel.  [Adv. Doc 20].  The Debtor has not filed a substitution of new counsel, nor has CNC been contacted by substitute counsel.

10. At the Debtor's continued meeting of creditors held on March 27, 2024, the Debtor represented that he was in the process of employing new counsel.

WHEREFORE, based upon the foregoing facts, CNC requests the following:

A. The status conference scheduled for April 18, 2024, at 1:30 p.m., and the hearing on the motion to dismiss scheduled for April 18, 2024, at 1:30 p.m., be continued for approximately six months to a date that is convenient to the Court's calendar.

B. If the Court prefers that the hearing on the motion to dismiss go forward as soon as possible, CNC requests that the hearing be continued approximately thirty days to a date that is convenient to the Court's calendar

DATED:  March 29, 2024  **SHEMANOLAW**

By:    /s/ David B. Shemano
       David B. Shemano

Attorney for CNC Technologies, LLC

- 3 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is

SHEMANOLAW
1801 Century Park East, Suite 2500
Los Angeles, CA  90067.

A true and correct copy of the foregoing document **UNILATERAL STATUS REPORT AND REQUEST FOR CONTINUANCE OF (1) INITIAL STATUS CONFERENCE, AND (2) HEARING ON MOTION TO DISMISS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 29, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email address stated below:

- David B Shemano    dshemano@shemanolaw.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

**2.** **SERVED BY UNITED STATES MAIL**:
On (March 29, 2024,  I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Tom R. Normandin
2122 North Broadway
Suite 200
Santa Ana, CA 92706

Clayton D Thom
2209 E Baseline Rd Ste 300-226
Claremont, CA 91711

☐ Service information continued on attached page

**3.** **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 29, 2024 | David B. Shemano | /s David B. Shemano |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                          **F 9013-3.1.PROOF.SERVICE**