Charles Daff, (Bar No. 76178)
2107 N. Broadway, Suite 308
Santa Ana, CA 92706
Tel: (657) 218-4800
Fax: (657) 218-4858
charleswdaff@gmail.com
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| In re:<br><br>CLAYTON D THOM<br><br><br><br><br><br>Debtor(s). | Case No. 6:22-bk-10390-SY<br>Chapter 7<br><br>NOTIFICATION OF ASSET CASE AND REQUEST FOR SETTING OF CLAIMS BAR DATE<br><br>(No Hearing Required) |
|---|---|

TO: KATHLEEN CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:

  Charles Daff, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case, held the 341(a) meeting and concluded the hearing.

  After reviewing the case docket and file and determining that no claims bar date has been fixed, Charles Daff hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above-captioned case and appropriate notice should be given to creditors to file claims.

DATED: April 5, 2024     /s/ Charles Daff
                Charles Daff
                Chapter 7 Trustee