United States Bankruptcy Court

Central District of California

In re:                                                                                    Case No. 22-10390-SY

Clayton D Thom                                                                Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-6 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 13, 2026 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2026:**

**Recip ID                    Recipient Name and Address**
db                        +  Clayton D Thom, 2209 E Baseline Rd Ste 300-226, Claremont, CA 91711-7901

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2026                         Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abram Feuerstein, esq | on behalf of U.S. Trustee United States Trustee (RS) abram.s.feuerstein@usdoj.gov |
| Alana B Anaya | on behalf of Creditor Los Angeles Federal Credit Union alana@anayalawgroup.com  alana.anaya@sbcglobal.net |
| Alana B Anaya | on behalf of Plaintiff Eagle Community Credit Union alana@anayalawgroup.com  alana.anaya@sbcglobal.net |
| Alana B Anaya | on behalf of Plaintiff Los Angeles Federal Credit Union alana@anayalawgroup.com  alana.anaya@sbcglobal.net |
| Ali Matin | on behalf of U.S. Trustee United States Trustee (RS) ali.matin@usdoj.gov |
| Allison M. Rego | on behalf of Creditor Ash Crest Corp. allison.rego@mgr-legal.com |

District/off: 0973-6                         User: admin                                      Page 2 of 3

Date Rcvd: Mar 13, 2026                      Form ID: pdf042                                  Total Noticed: 1

Amanda N Ferns
                on behalf of Plaintiff 1st Valley Credit Union aferns@fernslaw.com  mmakalintal@fernslaw.com

Anthony R Taylor
                on behalf of Creditor Jing Hui Chao

Anthony R Taylor
                on behalf of Plaintiff Jing Hui Loddy Chao

Bryant C MacDonald
                on behalf of Interested Party Bryant C MacDonald Maclaw51@verizon.net

Charles W Daff (TR)
                charleswdaff@gmail.com  c122@ecfcbis.com

Craig N Haring
                on behalf of Plaintiff Danny Haile charing@blankrome.com

Craig N Haring
                on behalf of Plaintiff Harmony Properties 1425 Moonstone  LLC charing@blankrome.com

Craig N Haring
                on behalf of Plaintiff David Daniel charing@blankrome.com

Craig N Haring
                on behalf of Plaintiff Vickie Foley charing@blankrome.com

David B Shemano
                on behalf of Plaintiff CNC Technologies  LLC dshemano@shemanolaw.com

David B Shemano
                on behalf of Creditor CNC Technologies  LLC dshemano@shemanolaw.com

David W. Wiechert
                on behalf of Plaintiff Duk Ho Cho dwiechert@aol.com  ddragotta@davidwiechertlaw.com

Dennette A Mulvaney
                on behalf of Plaintiff Ennabe Financial  L.P. dennette.mulvaney@stinson.com,
                lydia.moya@stinson.com;jnaiya.herd@stinson.com

Dennette A Mulvaney
                on behalf of Interested Party Courtesy NEF dennette.mulvaney@stinson.com  lydia.moya@stinson.com;jnaiya.herd@stinson.com

Erika Green
                on behalf of Plaintiff Jing Hui Loddy Chao egreen@awattorneys.com

Erika Green
                on behalf of Creditor Jing Hui Chao egreen@awattorneys.com

Fang Chen
                on behalf of Plaintiff Matthew Meyndert fang@fangchenlaw.com

Harris M Madnick
                on behalf of Interested Party Harris Mark Madnick hmmadnick@kramarmadnick.com

James A Alderson
                on behalf of Plaintiff Jac A. Fanous aldersonlaw@verizon.net

James A Alderson
                on behalf of Interested Party Jac A. Fanous aldersonlaw@verizon.net

James A Alderson
                on behalf of Plaintiff Michael Fanous aldersonlaw@verizon.net

Janet D Gertz
                on behalf of Creditor Ash Crest Corp. Jgertz@btlaw.com  melissa.turpin@btlaw.com;docketinglitin@btlaw.com

John J Waste
                on behalf of Plaintiff Jing Hui Loddy Chao jwaste@fennemorelaw.com
                lzanoni@fennemorelaw.com;clalonde@fennemorelaw.com

Larry D Simons
                on behalf of Creditor MCR Finance larry@janus.law
                simonsecf@gmail.com;simonslr44533@notify.bestcase.com;lucy@janus.law

Leslie A Cohen
                on behalf of Defendant Clayton D. Thom leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;camille@lesliecohenlaw.com

Leslie A Cohen
                on behalf of Defendant Clayton D Thom leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;camille@lesliecohenlaw.com

Michael S Geller
                on behalf of Plaintiff Logan Hahn msg@mglawinc.com

District/off: 0973-6                          User: admin                                    Page 3 of 3
Date Rcvd: Mar 13, 2026                       Form ID: pdf042                                Total Noticed: 1

Michael S Geller
                        on behalf of Plaintiff Randell Faloon msg@mglawinc.com

Neal Salisian
                        on behalf of Creditor Neal Samuel Salisian ECF@salisianlee.com

Patricia H Lyon
                        on behalf of Creditor United Business Bank phlyon@fuschandlyon.com  mwoodward@frenchlyontang.com

Richard H Golubow
                        on behalf of Interested Party Courtesy NEF rgolubow@wghlawyers.com
                        jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Ryan J DeRose
                        on behalf of Creditor US Metro Bank ryan@parkandlim.com  cathy@parkandlim.com

Sandford L. Frey
                        on behalf of Plaintiff Ennabe Financial  L.P. sandford.frey@stinson.com,
                        lydia.moya@stinson.com;robyn.sokol@stinson.com;dennette.mulvaney@stinson.com;jnaiya.herd@stinson.com

Stacey A Miller
                        on behalf of Interested Party Porsche Leasing Ltd. smiller@tharpe-howell.com

Stacey A Miller
                        on behalf of Interested Party Porsche Financial Services  Inc. smiller@tharpe-howell.com

Steven T Gubner
                        on behalf of Interested Party Courtesy NEF sgubner@bg.law  ecf@bg.law

Talin Keshishian
                        on behalf of Plaintiff Sheldon Souray tkeshishian@bg.law  ecf@bg.law

Thomas H Casey
                        on behalf of Trustee Charles W Daff (TR) kdriggers@tomcaseylaw.com  msilva@tomcaseylaw.com

Thomas H Casey
                        on behalf of Interested Party Thomas H. Casey kdriggers@tomcaseylaw.com  msilva@tomcaseylaw.com

Todd M Malynn
                        on behalf of Plaintiff Vickie Foley todd.malynn@blankrome.com

Todd M Malynn
                        on behalf of Plaintiff Danny Haile todd.malynn@blankrome.com

Todd M Malynn
                        on behalf of Plaintiff Harmony Properties 1425 Moonstone  LLC todd.malynn@blankrome.com

Todd M Malynn
                        on behalf of Plaintiff David Daniel todd.malynn@blankrome.com

Tom Roddy Normandin
                        on behalf of Plaintiff NextGear Capital  Inc. tnormandin@pnbd.com, cathyjones@pnbd.com

Tom Roddy Normandin
                        on behalf of Creditor NextGear Capital  Inc. tnormandin@pnbd.com, cathyjones@pnbd.com

United States Trustee (RS)
                        ustpregion16.rs.ecf@usdoj.gov


TOTAL: 52

Thomas H. Casey – Bar No. 138264
LAW OFFICE OF THOMAS H. CASEY, INC.
A PROFESSIONAL CORPORATION
26400 La Alameda, Suite 210
Mission Viejo, CA  92691
Telephone:     (949) 766-8787
Facsimile:      (949) 766-9896
Email:           TomCasey@tomcaseylaw.com

Attorneys for Charles W. Daff
Chapter 7 Bankruptcy Trustee

**FILED & ENTERED**

**MAR 13 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Mason      DEPUTY CLERK**

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| In re | Case No.: 6:22-bk-10390-SY |
| CLAYTON THOM, | Chapter 7 |
| Debtor. | **ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER AUTHORIZING THE TRUSTEE TO ABANDON THE ESTATE'S INTEREST IN CERTAIN PENDING LITIGATION** |

The Chapter 7 Trustee's Motion for Order Authorizing the Trustee to Abandon the Estate's Interest in Certain Pending Litigation [Docket no. 348] ("Motion") and the Chapter 7 Trustee's Notice of Motion for Order Authorizing the Trustee to Abandon the Estate's Interest in Certain Pending Litigation [Docket no. 349] (the "Notice") were filed with the court and served on creditors and parties in interest on February 17, 2026. The court having considered the Motion and Notice, proper notice having been given, no opposition having been filed, and good cause having been shown,

**IT IS HEREBY ORDERED** that:

1. The Motion is granted.

1

2. The chapter 7 trustee is authorized to abandon the estate's interest in litigation pending in the Los Angeles Superior Court titled *CNC Technologies, LLC v. Amrezi, LLC; Clayton Thom,* Case No. 21STCV28604.

###

Date: March 13, 2026

Scott H. Yun
United States Bankruptcy Judge